UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER PEDERSON, together with his marital community,<br><br>             Plaintiff,<br><br>   v.<br><br>SKAGIT COUNTY, a government entity, SKAGIT COUNTY SHERIFF'S OFFICE, and EMILY DIAZ, and marital community,<br>             Defendants. | CASE NO. 2:21-cv-495<br><br>**ORDER DISMISSING THE CASE** |

This matter came before the Court on the parties' Stipulation to Voluntary Dismissal of Action and Notice of Settlement of All Claims. Dkt. No. 20. The motion is GRANTED and this case is DISMISSED with prejudice and without costs and fees to any party.

Dated this 9th day of May, 2023.

_____
Jamal N. Whitehead
United States District Judge